U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Harlin DeWayne Hale*

**United States Bankruptcy Judge**

**Signed December 07, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

MICHELLE DONETTE CORNSILK

CASE NO: 10-70150-HDH-13

HEARING DATE:  12/15/2010
HEARING TIME:   10:00am

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

> BAC Home Loan's secured mortgage claim of $120,360.06 was filed with arrears in the amount of $9,743.61.  The arrears portion shall be vauled at $133,785.00 and paid through the plan at 8% over the remaining months of the plan with a monthly payment of $223.83.
> Beginning 5/6/2010 debtor shall make 8 payments of $783.00.  Beginning 1/6/2011 debtor shall make 52 payments of $1,119.00; for a total plan contribution of $64,452.00.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee